HARVEY J. KING, Respondent, *v.* OSCAR B. ARNOLD, Appellant.

(Argued March 1, 1881; decided March 22, 1881.)

THIS was an appeal from order of General Term, affirming an order which denied a motion to vacate an order of arrest herein.

The motion was made upon the same papers on which the order of arrest was granted.

The court say:

"1. The complaint contains causes of action which authorize an arrest under subdivision 3 of section 550 of the Code.

"2. The facts positively stated in the complaint and affidavit are sufficient to sustain the order of arrest. They were sufficient to give the county judge jurisdiction to grant the order; and with the exercise of his discretion we cannot interfere."

*J. W. Palmer* for appellant.

*LaMott W. Rhodes* for respondent.

*Per curiam* opinion for affirmance.
All concur.
Order affirmed.